

314 Horse Thief Trail, bathroom. Picture apparently taken soon after the event. Water mark on wall is approximately 34-inches above the floor. WSEL = 642.73 feet.

Bill O'Hara Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET