

412 Whitetail – inside the house, water level according to the homeowner was 39 inches deep.

Bill O'Hara Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET