

412 Whitetail – inside the house, water level according to the homeowner was 39 inches deep. WSEL inside the house was approximately 648.13 feet.

Bill O'Hara Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET