

412 Whitetail – front side of the house facing south. Picture taken after the waters had receded. Stain on rock façade is approximately 42-inches up from the bottom layer of stone. The WSEL at the garage door would have been approximately 648.0 feet.

**Bill O'Hara** Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET