

Frithiof - 2015 Flood showing back door @ patio

9" above FFE at back door

**13101 Viento del Sur.**

---

**Bill O'Hara** Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET