FRITHIOF - 10/30/2015 - FRONT OF HOUSE DURING FLOOD

13101 Viento del Sur.

Bill O'Hara Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET