

13200 Viento del Sur – waterline inside the house near front door.

Bill O'Hara Land Surveyor
376 Colorado Drive
Cedar Creek, Bastrop Co., TX 78612

512.529.1689
bill@oharalandsurveyor.net
OHARALANDSURVEYOR.NET