IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRIS GALLO AND CARMEN GALLO; ET AL. | § § § | |
| PLAINTIFFS, | § § § § | Civil Action No. 1:17-cv-00854-RP |
| UNION PACIFIC RAILROAD COMPANY | § § § § | |
| DEFENDANT | § | (Jury Trial Demanded) |

## PLAINTIFFS' SECOND SUPPLEMENTAL DESIGNATION OF EXPERT WITNESS

To: Defendant Union Pacific Railroad Company by and through its attorneys of record, Afton Dee Sands, Brown, Dean, Proctor & Howell, LLP, 3800 N. Lamar Blvd., Ste. 200, Austin, TX 78756.

Plaintiffs Chris Gallo and Carmen Gallo et al., serve these their Designation of Expert Witnesses in accordance with the Court's scheduling order and pursuant to the Federal Rule of Civil Procedure 26(a)(2) as notice that they intend to call the following witnesses at the time of trial to provide expert testimony in this case:

Plaintiffs hereby designate all other adverse parties, potentially adverse parties, and/or witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiffs reserve the right to designate and/or call any such party or any such experts previously designated by any party.

II.

Gerald Blackler, Ph.D., P.E., D., WRE
Enginuity Engineering Solutions, LLC
10106 W. San Juan Way, Suite 215
Littleton, CO 80127
720-239-1355 office
Dr. Blackler will testify as to the underlying cause of the damage to the homes in the Arroyo Doble neighborhood and what the Defendant Union Pacific Railroad Company could have done to avoid it. Please see Dr. Blackler's CV attached hereto.

**SUPPLEMENTL RESPONSE:**

See Dr. Gerald Blackler's expert report attached hereto.

November 12, 2018                    Respectfully submitted,

                                       /s/ Dana G. Kirk
DANA G. KIRK
**KIRK LAW FIRM**
TSBN: 11507500
Federal ID No. 6111
440 Louisiana Street, Suite 2400
Houston, Texas 77002
Telephone: 713/651-0050
Facsimile: 713/651-0051
Toll free: 800/651-5475
kirk@kirklawfirm.com

John A. Daspit
**DASPIT LAW FIRM**
TSBN: 24048906
Federal ID No. 1385146
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: 713/322-4878
Facsimile: 713-587-9086
e-service@daspitlaw.com

**ATTORNEYS IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been forwarded to all attorneys of record by certified mail, return receipt requests, or by hand delivery and/or facsimile, or ECF on this 12th day of November 2018.

Afton Dee Sands
Brown, Dean, Proctor & Howell, LLP
3800 N. Lamar Blvd., Ste. 200
Austin, TX 78756
COUNSEL FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY

                                          /s/ Dana G. Kirk
                                          Dana G. Kirk