# EXHIBIT 2

STATE OF TEXAS  }  
COUNTY OF TRAVIS }

1-72-1042

### DEDICATION OF DRAINAGE EASEMENT AFFECTING PORTIONS OF ARROYO DOBLE, SECTION FOUR (4), IN TRAVIS COUNTY, TEXAS

KNOW ALL MEN BY THESE PRESENTS:

That P-G CORPORATION, a Texas Business Corporation, owner of that portion affected hereby of Arroyo Doble, Section Four (4), a Subdivision situated in Travis County, Texas, according to the map or plat of said Subdivision of record in Book 74, Page 67, of the Plat Records of Travis County, Texas, does hereby dedicate to public use forever, the following described drainage easement affecting portions of said Subdivision, the same as though the same had been depicted upon said map or plat of said Subdivision when recorded, viz.:

### DRAINAGE EASEMENT NO. ONE

ORIGINAL

Field Notes for the Centerline of a 15' Drainage Easement, Arroyo Doble, Section 4, Travis County, Texas.

Beginning for reference at an iron stake found for the Southeast corner of Lot 8, Block B, and the Northeast corner of Lot 9, Block B, Arroyo Doble, Section 4, a Subdivision of record as recorded in Plat Book 74, Page 67 of the Plat Records of Travis County, Texas, said referenced point also being in the West line of Viento Del Sur, a 50' dedicated Right-of-Way for a public road.

THENCE, S 89° 37' W, 190.00' to an angle point;

THENCE, with West line of said subdivision, and beginning a 20' drainage easement, N 0° 23' W, 850.00' to an angle point;

THENCE, continuing with west line of said subdivision, N 0° 20' W, 452.25' to termination point of this 15' Drainage Easement.

DRAINAGE EASEMENT NO. TWO          I-72-1043

Field Notes for the Centerline of a 15' Foot Drainage Easement, Arroyo Doble, Section 4, Travis County, Texas.

Beginning for reference at an iron stake found for the Southwest corner of Lot 24, Block C, and the Northwest Corner of Lot 25, Block C, Arroyo Doble, Section 4, a Subdivision of record as recorded in Plat Book 74, Page 67 of the Plat Records of Travis County, Texas.

THENCE, with the centerline of the 15 foot Drainage Easement S 32° 05' W, 65.19' to a point in the South line of Lot 7, Block C, and the North line of Lot 6, Block C, Arroyo Doble, Section 4, Travis County, Texas as referenced above;

THENCE, with the said lot line S 89° 37' W, 134.81' to a point in the East line of Viento Del Sur, a 50' dedicated Right-of-Way for a public road for termination point of the 15' Drainage Easement.

However, no utility company, water district, political subdivision, or other authorized using either of the above described Easements shall be liable for any damage done by them or their assigns, agents, employees, or servants, and shrubbery, trees, or flowers, or any other property situated within either of such easements.

EXECUTED this 1st day of Feb, 1978.

ORIGINAL DIM

(NO SEAL)

P-G CORPORATION

BY  Joe Perrone  
Joe Perrone  
Its President

STATE OF TEXAS    X  
COUNTY OF TRAVIS  X

BEFORE ME, the undersigned authority, on this day personally appeared JOE PERRONE, President of P-G CORPORATION, a Texas Business Corporation, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes therein expressed.

GIVEN under my hand and seal of office, this 1st day of February, 1978.

Charles W. Perrone  
Notary Public, Travis County, Texas.

NOTARY SEAL

-2-     6098  260

UP-Gallo-002243



FILED 1-72-1044
MAR 14 10 34 AM 1978

County Clerk
Travis County, Texas

X P-G Corp.
2713-D Southlamar
78704

STATE OF TEXAS   COUNTY OF TRAVIS
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me; and was duly RECORDED, in the Volume and Page of the named RECORDS of Travis County, Texas, as Stamped hereon by me, on

MAR 14 1978

County Clerk
Travis County, Texas

6098   261